UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| Matthew Havrilla, Cynthia Dawson, Alden Henriksen, Melody Deschepper, Christopher Tilton, and Mark Hackett, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>Centene Corporation,<br>Centene Management Company LLC, and<br>Celtic Insurance Company,<br><br>        Defendants. | Case No. 1:22-cv-04126<br><br>Judge Nancy L. Maldonado<br><br>Oral Argument Requested |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Centene Corporation, Centene Management Company LLC, and Celtic Insurance Company ("Defendants") respectfully move the Court to dismiss Plaintiffs' Class Action Complaint on the grounds articulated in the accompanying memorandum of law.

Dated: October 11, 2022

Respectfully submitted,

Williams & Connolly LLP

By:   */s/ Steven M. Cady*
George Borden
Steven M. Cady
Andrew L. Hoffman (*pro hac* forthcoming)
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5321
scady@wc.com

*Counsel for Defendants*

**Certificate of Service**

I hereby certify that on this 11th day of October, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve this document on all counsel of record via transmission of Notices of Electronic Filing.

                                                     */s/ Steven M. Cady*