Matthew Havrilla, et al.
                  Plaintiff,

v.                                                   Case No.: 1:22–cv–04126
                                                     Honorable Nancy L. Maldonado

Centene Corporation, et al.
                  Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 27, 2022:

      MINUTE entry before the Honorable Nancy L. Maldonado:The Court has reviewed the parties' joint status report [17], including the proposed case schedules in Exhibits 1 and 2. The Court will adopt the parties' schedule in Exhibit 1 in part: by 11/18/22 the parties shall exchange Rule 26(a)(1) disclosures and may serve discovery requests; by 12/16/22, the parties shall begin a rolling production of documents (the Court will not order the parties to comply with the proposed interim ESI steps, but suggests that following those deadlines will promote efficiency); by 2/12/23, the parties shall amend pleadings; by 6/2/23, fact discovery shall close; by 7/14/23, plaintiffs shall file their motion for class certification and disclose any expert reports; by 9/12/23, defendant shall file its opposition to class certification and disclose any responsive expert reports; by 10/17/23, plaintiff shall file its reply in support of class certification and disclose any reply expert reports; by 11/14/23, expert discovery shall close. Status hearing set for 11/29/23 at 10:00 a.m. to set further dates. The dial in number is 888–684–8852 and Access Code is 3236820. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court–imposed sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.