**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MATTHEW HAVRILLA, CYNTHIA DAWSON, ALDEN HENRIKSEN, MELODY DESCHEPPER, CHRISTOPHER TILTON, and MARK HACKETT, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CENTENE CORPORATION; CENTENE MANAGEMENT COMPANY LLC; and CELTIC INSURANCE COMPANY,<br><br>        Defendants. | Case No. 22 C 4126<br><br>Judge Nancy L. Maldonado |

**JOINT MOTION FOR ENTRY OF PARTIES' PROPOSED AGREED
PROTECTIVE AND CONFIDENTIALITY ORDER AND PROPOSED
AGREED ORDER REGARDING PRODUCTION OF ELECTRONICALLY
STORED INFORMATION AND PAPER DOCUMENTS**

  The Parties—Plaintiffs Matthew Havrilla, Cynthia Dawson, Alden Henriksen, Melody DeSchepper, Christopher Tilton, and Mark Hackett, and Defendants Centene Corporation, Centene Management Company LLC, and Celtic Insurance Company—jointly move for the entry of the Proposed Agreed Protective and Confidentiality Order and the Proposed Agreed Order Regarding Production of Electronically Stored Information and Paper Documents.

  The Parties have reached agreement on the protective order and the ESI discovery protocol, and have submitted the agreed-upon proposed orders to the Court via email in Word format, following the procedures set out on the Court's website for the submission of proposed orders.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and enter the Proposed Agreed Protective and Confidentiality Order and the Proposed Agreed Order Regarding Production of Electronically Stored Information and Paper Documents.

Dated: December 22, 2022

/s/ *Steven M. Cady*

Steven M. Cady
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: 202-434-5321
scady@wc.com

*Attorney for Defendants*

/s/ *Kenneth A. Wexler*

Kenneth A. Wexler
Justin N. Boley
Zoran Tasić
WEXLER BOLEY & ELGERSMA LLP
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Tel: (312) 346-2222
Fax: (312) 346-0022
kaw@wbe-llp.com
jnb@wbe-llp.com
zt@wbe-llp.com

Daniel E. Gustafson
  (*pro hac vice* forthcoming)
Daniel C. Hedlund
  (*pro hac vice*)
Michelle J. Looby
  (*pro hac vice*)
Anthony J. Stauber
  (*pro hac vice* forthcoming)
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
tstauber@gustafsongluek.com

Beth E. Terrell
  (*pro hac vice*)
Jennifer Rust Murray
  (*pro hac vice*)
Amanda M. Steiner
  (*pro hac vice*)

TERRELL MARSHALL LAW GROUP
936 North 34th Street, Suite 300
Seattle, Washington 98103
Tel: (206) 816-6603
Fax: (206) 319-5450
bterrell@terrellmarshall.com
jmurray@terrellmarshall.com
asteiner@terrellmarshall.com

Seth R. Lesser
   (*pro hac vice* forthcoming)
Sarah Sears
   (*pro hac vice* forthcoming)
KLAFTER LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
seth@klafterlesser.com
sarah.sears@klafterlesser.com

Adam J. Zapala
   (*pro hac vice*)
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com

Alexander Barnett
   (*pro hac vice*)
COTCHETT, PITRE & MCCARTHY, LLP
40 Worth Street, Suite 602
New York, NY 10013
Tel: (212) 201-6820
Fax: (917) 398-7753
abarnett@cpmlegal.com

*Attorneys for Plaintiffs and Proposed Classes*