## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Matthew Havrilla, et al.

                  Plaintiff,

v.                                         Case No.: 1:22–cv–04126
                                                 Honorable Nancy L. Maldonado

Centene Corporation, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 23, 2022:

      MINUTE entry before the Honorable Nancy L. Maldonado: The parties' joint motion for entry of parties' proposed agreed protective and confidentiality order and proposed agreed order regarding production of electronically stored information and paper documents [35] is granted. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.