**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Matthew Havrilla, et al.
                              Plaintiff,

v.                                            Case No.: 1:22–cv–04126
                                                    Honorable Nancy L. Maldonado

Centene Corporation, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 9, 2023:

        MINUTE entry before the Honorable Nancy L. Maldonado: This case is referred to the Honorable M. David Weisman for discovery supervision and settlement conference, if one is desired.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.