## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Matthew Havrilla, et al.

                         Plaintiff,

v.                                    Case No.: 1:22–cv–04126
                                               Honorable Nancy L. Maldonado

Centene Corporation, et al.

                         Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

       Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable M. David Weisman for the purpose of holding proceedings related to: discovery supervision and for settlement conference.(ca, )

Dated: January 9, 2023

                                                                  /s/ Nancy L. Maldonado

                                                                  United States District Judge