# EXHIBIT 6

## Exhibit 1 – Proposed Custodians

**Individuals:**

1. Joel Portman
2. Michael Diel
3. Natalie Lukaszewicz
4. Amy Condon
5. Mark Barrett
6. Brooke Filas
7. Rone Baldwin
8. Edmund (Ed) Kroll
9. Michael Neidorff
10. Sarah London
11. Brent Layton
12. Donna Levigne
13. Erin McLawhorn
14. Jared Lammers
15. Rory Burke
16. Kyle Copeland
17. Kirk Fischer
18. Frank Barnes
19. Joseph Csida
20. Kelvin Orr
21. Brandi Moore
22. Kurt Malcom
23. James Mahony
24. Yolanda Lamkin
25. Jamie Figueroa
26. Patrick Murray
27. Amy Tanner
28. Debbie Huffman
29. Cynthia Mckoy
30. Marjorie (Marge) Caldwell
31. Charity Henschen
32. Jason Barker
33. Seth Tickle
34. Jessica Hanson
35. Tony Hernandez
36. Trisha Henthorn
37. Heath Phillips
38. Corey Ewing
39. Martha Smith
40. Clay Franklin
41. Eric Schmacker
42. Clyde White

43. Beth Johnson
44. Sherry Husa
45. Patricia Graham
46. John McClellan

**Shared Mailboxes:** In addition to the custodians listed above, any shared mailboxes containing documents relating to Plaintiffs' claims also should be searched. Shared mailboxes will include any shared mailbox used to send or receive (1) communications relating consumer or provider complaints, appeals and grievances and (2) communications relating to provider contracting, provider updates or provider credentialing.