# EXHIBIT 7

## Exhibit 2 – Proposed Search Terms

**Network Adequacy:**
1. ((adequa* OR inadequa* OR sufficen* OR insufficen*) w/10 (network* OR participating OR doctor* OR provider*)) AND (Ambetter OR "Coordinated Care" OR Buckeye OR "Western Sky" OR "Silver Summit" OR "Total Care" OR WellCare OR "Arizona Complete Healthcare" OR "Oklahoma Complete Health" OR "New Hampshire Healthy Families" OR "Meridian Health Plan" OR "Absolute Total Care" OR "Sunshine Health" OR "Superior Health")
2. (("in-network" OR "out-of-network" OR participating OR PAR OR "Non PAR" OR OON OR contract* OR "provider relations" OR nonparticipating) w/10 (network* OR provider* OR doctor* OR physician* OR facilit* OR hospital* OR affiliat*)) AND (problem* OR difficult* OR insufficien* OR unable)
3. SCA OR SCAS "single case agreement" OR "single case agreements"
4. "alternative access delivery request" OR alternative access delivery requests" OR AADR OR AADRs
5. terminat* w/10 ("in-network" OR participating OR PAR OR provider* OR doctor* OR physician* OR facilit* OR hospital* OR affiliat*)

**Inaccuracies/Data Sources:**
6. (provider* OR doctor* OR physician* OR facilit*) w/10 (network OR directory OR directory OR directories OR roster* OR list* OR website* OR page* OR webpage*) w/10 (accura* OR inaccura* OR misrepresent* OR size OR leav* OR terminat* OR design* OR updat* OR "up to date" OR outdated OR revis* OR discrepanc* OR erroneous* OR error* OR mistake*)
7. (CenProv OR CRM OR Emptoris OR Portico OR Amisys OR Omni OR SharePoint OR ProviderPoint OR Lexis* OR "Access Directory Database" OR "Quest Analytics") w/10 (problem* OR difficult* OR broken OR unable OR updat* OR "up to date" OR revis* OR fix* OR discrepanc* OR disagree* OR conflict* OR delay* OR deficien* OR mistake* OR erroneous* OR accura* OR inaccura* OR correct* OR provider* OR doctor* OR physician* OR facilit* OR hospital* OR director* OR affiliat*)
8. (Lexis* OR LN OR ProviderPoint OR "Provider Point" OR VerifyHCP OR "Verify HCP") AND (Provider* OR doctor* OR physician* OR facilit* OR hospital* OR directory OR directories OR roster* OR affiliat*)
9. ((Provider* OR doctor* OR physician* OR facilit* OR hospital* OR directory OR directories OR roster* OR affiliat*) w/10 (Notif* OR form* OR portal OR website*)) AND (chang* OR updat* OR revis* OR correct*)
10. ("Provider Data Management" OR PDM) w/10 (problem* OR fix* OR emergency OR liab* OR audit* OR investigat*)
11. (Network w/2 (Management OR Development OR Operations)) w/10 (problem* OR fix* OR emergency OR liab* OR audit* OR investigat*)
12. (Data w/3 integrity) AND (provider* OR Network* OR directory OR directories OR roster*)

**Misrepresentations/Advertising:**
13. (website w/30 (Ambetter OR "Coordinated Care" OR Buckeye OR "Western Sky" OR "Silver Summit" OR "Total Care" OR WellCare OR "Arizona Complete Healthcare" OR "Oklahoma Complete Health" OR "New Hampshire Healthy Families" OR "Meridian Health Plan" OR "Absolute Total Care" OR "Sunshine Health" OR "Superior Health" OR Centene)) AND (network* OR provider* OR doctor* OR physician* OR facilit* OR hospital* OR directory OR directories OR roster* OR affiliat*)
14. ((advertis* OR market*) w/10 (Ambetter OR "Coordinated Care" OR Buckeye OR "Western Sky" OR "Silver Summit" OR "Total Care" OR WellCare OR "Arizona Complete Healthcare" OR "Oklahoma Complete Health" OR "New Hampshire Healthy Families" OR "Meridian Health Plan" OR "Absolute Total Care" OR "Sunshine Health" OR "Superior Health" OR Centene)) AND (network* OR provider* OR doctor* OR physician* OR facilit* OR hospital* OR directory OR directories OR roster* OR affiliat* OR size)

**Regulators:**
15. (OIC OR "insurance commissioner" OR "DOI" OR "Department of Insurance" or "Dept of Insurance") AND (sanction* OR investigat* OR audit* OR "consent order" OR penal* OR violat* OR comply* OR complian* OR requir* OR mislead* OR deceptive OR deception OR falsif*)
16. ((Centene OR Ambetter OR "Coordinated Care" OR Buckeye OR "Western Sky" OR "Silver Summit" OR "Total Care" OR WellCare OR "Arizona Complete Healthcare" OR "Oklahoma Complete Health" OR "New Hampshire Healthy Families" OR "Meridian Health Plan" OR "Absolute Total Care" OR "Sunshine Health" OR "Superior Health" OR subsid*) w/30 ("Affordable Care Act" OR ACA OR Obamacare)) AND (fail* OR violat* OR minim* OR requir* OR violat* OR comply* OR complian* OR requir* OR audit*)
17. ("essential health benefits" OR EHB) AND ((fail* w/4 provid*) OR minim* * OR violat* OR comply* OR complian* OR requir* OR audit*)
18. (Medicare OR Medicaid) w/10 (minim* OR violat* OR comply* OR complian* OR requir* OR audit*)

**Complaints/Lawsuits:**
19. "consent order" OR "consent orders"
20. Lawsuit* AND ((Network* OR denied OR denial* OR deny) w/5 claim*)
21. ("in-network" OR "out-of-network" OR PAR or "Non PAR" OR OON OR contract* OR "provider relations" OR nonparticipating) AND (network* OR provider* OR doctor* OR physician* OR facilit* OR hospital* OR affiliat*) AND (denied OR denial* OR misrepresent* OR mislead* OR complain* OR deceptive OR deception OR falisf*)
22. (complain* OR grievance* OR appeal*) AND (Ambetter OR "Coordinated Care" OR Buckeye OR "Western Sky" OR "Silver Summit" OR "Total Care" OR WellCare OR "Arizona Complete Healthcare" OR "Oklahoma Complete Health" OR "New Hampshire Healthy Families" OR "Meridian Health Plan" OR "Absolute Total Care" OR "Sunshine Health" OR "Superior Health" OR Centene) AND

((adequa* OR inadequa* OR sufficien* OR insufficien* OR accura* OR inaccura* OR misrepresent* OR mislead* OR deceptive OR deception OR falsif* OR size OR leav* OR terminat* OR design* OR updat* OR outdated OR discrepanc* OR correct*) w/10 (network* OR Provider* OR doctor* OR physician* OR facilit* OR hospital* OR directory OR directories OR roster* OR affiliat*))