# EXHIBIT 8

LAW OFFICES

# WILLIAMS & CONNOLLY LLP*

STEVEN M. CADY
(202) 434-5321
scady@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

February 22, 2023

Via Electronic Mail (jmurray@terrellmarshall.com and zt@wbe-llp.com)

Jennifer Rust Murray
Terrell Marshall Law Group PLLC
936 N 34th Street, Suite 300
Seattle, WA 98103

Zoki Tasić
Wexler Boley & Elgersma LLP
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606

Re: Havrilla et al. v. Centene Corp. et al., Case No. 1:22-cv-04126 (N.D. Illinois)

Dear Jennifer and Zoki:

Nice talking with you last week. As discussed, here is more information regarding the email boxes that defendants in the above-captioned case propose to search.

If there are a few additional people's email boxes that you would propose be searched, please let me know and we can do so as long as it is reasonable.

1. Joel Portman is Vice President, Network Development & Product Strategy Officer for Ambetter (nationwide). He is employed by Centene Management Co., and has been with the company for more than eleven-and-a-half years.

2. Michael Diel is Vice President, Network Development & Product Strategy Officer for Superior HealthPlan (Texas). He is employed by Centene Management Co., and has been with the company for more than twelve years.

3. Natalie Lukaszewicz is Vice President, Network Development & Contracting for Buckeye Health Plan (Ohio). She is employed by Centene Management Co., and has been with the company for more than five-and-a-half years.

WILLIAMS & CONNOLLY LLP

Jennifer Rust Murray and Zoki Tasić
February 22, 2023
Page 2

4. Amy Condon is Senior Director, Contract Management for Coordinated Care Health Plan (Washington). She is employed by Centene Management Co., and has been with the company for almost five-and-a-half years.

5. Mark Barrett is Vice President, Network Development and Contracting for Sunshine Health (Florida). He is employed by Centene Management Co., and has been with the company for more than eleven years.

6. Brooke Filas is Vice President, Network Development and Contracting for Centene's Illinois Health Plan (Illinois). She is employed by Centene Management Co., and has been with the company for almost two-and-a-half years.

If you agree that these are reasonable email boxes to pull, I will have these people's email boxes pulled and the search terms you proposed run on the email boxes. I will provide you with hit counts and, if the search terms return a reasonable volume of materials, we will review for responsiveness and will produce. If unreasonable, I will work with you to adjust so we reach a reasonable population of emails to review.

I am happy to discuss further, and look forward to our call on Friday.

Sincerely,

Steven M. Cady

cc: Jodi Nuss (jnuss@terrellmarshall.com)
Ashtin Otto (ao@wbe-llp.com)