# EXHIBIT 9

**WBE**
**WEXLER BOLEY & ELGERSMA** LLP

Zoran (Zoki)Tasić
Direct: 773.762.9744
zt@wbe-llp.com

February 24, 2023

<u>*Via Electronic Mail*</u>

Steven M. Cady
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
SCady@wc.com

Re: *Havrilla v. Centene Corp.*, No. 22 C 4126 (N.D. Ill.)
Follow-Up Regarding Meet and Confer of February 24, 2023

Mr. Cady:

The parties have reached an impasse regarding discovery. The parties have conferred numerous times but have been unable to make progress on the most basic of topics: (1) the identification of custodians who may have documents and data responsive to Plaintiffs' discovery requests, (2) the sources, locations, and authors of the non-custodial documents Defendants have produced to date, and (3) the relevant time frame for discovery.

As we stated during today's meet and confer—and documented in prior correspondence—Defendants have continually failed to meet their fundamental, agreed-upon discovery obligations. Among other things, Defendants have provided inadequate disclosures, made invalid objections to Plaintiffs' discovery requests, failed to comply with the Federal Rules of Civil Procedure, failed to comply with the Court's Agreed Order Regarding Production of Electronically Stored Information and Paper Documents, and failed to comply with agreed-to deadlines.

Accordingly, Plaintiffs request that, by **Wednesday, March 1, 2023,** Defendants produce:

1. The names and job titles of the persons for whom Defendants have preserved ESI. *See* Dkt. No. 37, Agreed Order Regarding

**WBE**
**WEXLER BOLEY & ELGERSMA** LLP

   Production of Electronically Stored Information and Paper Documents, at § 2.

2. Agree to Plaintiffs' proposed custodians, who are identified in the attached spreadsheet. Note that Plaintiffs are requesting that all responsive custodial documents and ESI be produced, not just emails.

3. Provide information regarding the provenance of the non-custodial documents produced thus far—e.g., *Where were they collected from? How are they maintained? Who created them?*

4. Agree that, for purposes of discovery, the relevant period is October 1, 2013 to the present.

 Despite Plaintiffs' repeated attempts over many weeks—both through phone calls and written correspondence—the parties have made no progress in coming to a resolution regarding these issues.

 Thus, to the extent that Defendants decline any of the above requests, Plaintiffs will bring the issue to the Court for resolution by moving to compel.

 We request resolution of these issues by **Wednesday, March 1, 2023**. If we have not resolved these issues by that date, we will proceed to involve the Court.

Sincerely,

Zoran (Zoki) Tasić

**WBE**
**WEXLER BOLEY & ELGERSMA** LLP

Attached: Plaintiffs' Proposed Custodians.xlsx

CC: George Borden
Andrew L. Hoffman
Kenneth A. Wexler
Justin N. Boley
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Anthony J. Stauber
Beth E. Terrell
Jennifer Rust Murray
Amanda M. Steiner
Seth R. Lesser
Sarah Sears
Adam J. Zapala
Jeffrey G. Mudd
Alexander Barnett
Ashtin Otto
Amy Catena
Maha Bokhary