# EXHIBIT 10

# Plaintiffs' Proposed Custodians
# Feb. 24, 2023

| Name | Company Name | Current or Most Recent Position |
|---|---|---|
| John McClellan | Absolute Total Care | President and CEO |
| Martha Smith | Arizona Complete Healthcare | Plan President and CEO |
| Charity Henschen | Buckeye Community Health Plan | Manager |
| Cynthia Mckoy | Buckeye Community Health Plan | Provider Data Management Specialist I |
| Jason Barker | Buckeye Community Health Plan | Supervisor |
| Marjorie Caldwell | Buckeye Community Health Plan | Provider Data Management Specialist |
| Kevin J. Counihan | Celtic Insurance Company | Senior Vice President - Products at Centene Corporation |
| Brandi Moore | Centene Corp. | Director |
| Brent Layton | Centene Corp. | Senior Advisor to the CEO |
| David Baker | Centene Corp. | Senior VP and Chief Compliance Officer |
| Donna Levigne | Centene Corp. | Senior Vice President |
| Drew Asher | Centene Corp. | CFO |
| Edmund Kroll | Centene Corp. | Senior Vice President |
| Erin McLawhorn | Centene Corp. | Vice President |
| Frank Barnes | Centene Corp. | Vice President |
| James Mahony | Centene Corp. | Senior Director |
| Jared Lammers | Centene Corp. | Senior Manager |
| Jeff Holman | Centene Corp. | Chief Product Officer |
| Jeffrey A. Schwaneke | Centene Corp. | Executive Vice President of Healthcare Enterprises |
| Kara Williams | Centene Corp. | Senior Manager |
| Kelvin Orr | Centene Corp. | Director |
| Kirk Fischer | Centene Corp. | Senior Vice President |
| Kurt Malcom | Centene Corp. | Vice President |
| Michael Neidorff | Centene Corp. | Chairman, President, and CEO |
| Nathan Essner | Centene Corp. | Senior Director |
| Patrick Murray | Centene Corp. | Senior Director |
| Rone Baldwin | Centene Corp. | Executive Vice President |
| Sarah London | Centene Corp. | CEO |
| Tiffany Figoni | Centene Corp. | Staff Vice President |
| Yolanda Lamkin | Centene Corp. | National Director |
| James Adam | Centene Management Company LLC | |
| Beth Johnson | Coordinated Care | President and CEO |
| Heath Phillips | Nebraska Total Care | Plan President and CEO |
| Clyde White | New Hampshire Healthy Families | Plan President and CEO |
| Eric Schmacker | Silver Summit Healthplan | President and CEO |
| Amy Tanner | WellCare | ACO Executive Director |
| Tony Hernandez | Western Sky Community Care | President and CEO |