IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW HAVRILLA, CYNTHIA DAWSON, ALDEN HENRIKSEN, MELODY DESCHEPPER, CHRISTOPHER TILTON, and MARK HACKETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTENE CORPORATION; CENTENE MANAGEMENT COMPANY LLC; and CELTIC INSURANCE COMPANY,<br><br>Defendants. | Case No. 22 C 4126<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge M. David Weisman |

**JOINT STATUS REPORT OF THE PARTIES**

Plaintiffs and Defendants respectfully submit this Joint Status Report pursuant to the Court's minute entry of May 24, 2024. Dkt. No. 109.

**PARTIES' JOINT STATEMENT**

The parties have continued to be in regular communication regarding the discovery issues raised at the last status hearing.

**JSON Files.** On July 9, 2024, Defendants produced to Plaintiffs more than 8,400 provider network JSON files that Defendants located. Plaintiffs are in the processing of reviewing the production to confirm that there are no problems with the data.

**Provider Communications.** On July 16, 2024, Defendants made a production to Plaintiffs of communications from Illinois medical providers that were contained in

Defendants' Illinois Provider Network email box. Plaintiffs have not had sufficient time to review these communications.

Defendants have asked that Plaintiffs review the Illinois provider communications to determine whether it is necessary for Defendants to produce provider communications for the other 25 states at issue in this case. While Plaintiffs' position is that the provider communications from the remaining 25 states are relevant and should be produced, Plaintiffs have agreed to table that request pending their review of the Illinois provider communications produced this week.

**Member Data.** Defendants have agreed to produce anonymized member data to Plaintiffs and expect to complete that production by July 26, 2024.

**Claims Data.** The parties are engaged in ongoing discussions regarding Plaintiffs' request for paid-, pending-, and voided-claims data and hope to reach agreement on that data by the end of August.

**Provider-Contract Data in Icertis.** Defendants have produced data from the Icertis database. Plaintiffs are in the processing of reviewing that data.

**Provider Data in Portico.** As stated in the parties' joint status report of May 10, 2024 (Dkt. No. 104), Defendants have represented to Plaintiffs that Portico is a live database that does not store historical provider data. The parties have yet to determine whether Defendants are in possession of any data or information that may serve as a substitute for historical Portico data, but will work on resolving this issue.

**Interrogatories and Notice of Rule 30(b)(6) Deposition.** On June 14, 2024, Plaintiffs issued to Defendants a set of interrogatories and a notice of deposition under Rule 30(b)(6). The interrogatories and the noticed deposition topics seek to identify Defendants' employees

who were responsible for aspects of Defendants' business during the relevant period (e.g., network development and contracting, database administration, updating of online provider directories). Plaintiffs seek this information so that they can identify document custodians and proceed with the discovery of custodial documents—which has thus far been limited to the Search String 5 documents produced by Defendants—and to identify fact witnesses to depose.

On June 28, 2024, Defendants served "Defendants' Objections to Plaintiffs' Notice of Rule 30(b)(6) Deposition and Preliminary Responses and Objections to Plaintiffs' First Set of Interrogatories," and offered to meet and confer with Plaintiffs. On July 17, Plaintiffs communicated to Defendants their position that this document is insufficient as either a response to the deposition notice or the interrogatories as it is impossible to separate whether Defendants' responses and objections pertain to one or the other. Defendants offered again to meet and confer regarding the objections and responses, and anticipate working with Plaintiffs to resolve the issue.

**Status Hearing.** Due to a conflict, Plaintiffs respectfully request that the status hearing scheduled for July 24, 2024 be moved by a week, to July 31. Defendants do not oppose this request.

Dated: July 19, 2024

/s/ *Justin N. Boley*

Kenneth A. Wexler
Justin N. Boley
Zoran Tasić
WEXLER BOLEY & ELGERSMA LLP
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Tel: (312) 346-2222
Fax: (312) 346-0022
kaw@wbe-llp.com

jnb@wbe-llp.com
zt@wbe-llp.com

Daniel E. Gustafson
  (*pro hac vice* forthcoming)
Daniel C. Hedlund
  (*pro hac vice*)
Michelle J. Looby
  (*pro hac vice*)
Anthony J. Stauber
  (*pro hac vice*)
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
tstauber@gustafsongluek.com

Beth E. Terrell
  (*pro hac vice*)
Jennifer Rust Murray
  (*pro hac vice*)
Amanda M. Steiner
  (*pro hac vice*)
TERRELL MARSHALL LAW GROUP
936 North 34th Street, Suite 300
Seattle, Washington 98103
Tel: (206) 816-6603
Fax: (206) 319-5450
bterrell@terrellmarshall.com
jmurray@terrellmarshall.com
asteiner@terrellmarshall.com

Seth R. Lesser
  (*pro hac vice* forthcoming)
Sarah Sears
  (*pro hac vice* forthcoming)
KLAFTER LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
seth@klafterlesser.com
sarah.sears@klafterlesser.com

– 5 –

Adam J. Zapala
  (*pro hac vice*)
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com

Alexander Barnett
  (*pro hac vice*)
COTCHETT, PITRE & MCCARTHY, LLP
40 Worth Street, Suite 602
New York, NY 10013
Tel: (212) 201-6820
Fax: (917) 398-7753
abarnett@cpmlegal.com

*Attorneys for Plaintiffs and the Proposed Classes*


<u>/s/ Steven M. Cady</u>
Steven M. Cady
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: 202-434-5321
scady@wc.com

*Attorney for Defendants*