# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Matthew Havrilla, et al.

Plaintiff,

v.

Case No.: 1:22–cv–04126
Honorable Jorge L. Alonso

Centene Corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 4, 2024:

     MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Discussion held regarding issues raised in joint status report, including ESI results from search terms and designated custodians; Defendant to supplement its responses. As to time distribution issue and gaps in production, Defendant is conducting additional investigation and will supplement as necessary. Regarding provider communications, provider access log, and JSON files, including breadth of geographic scope and purported burden on Defendant, Plaintiff believes briefing a motion to compel is the next step. Court stated a motion to compel is not the best path at this time as the parties work through alleged deficiencies. As to paid and pending claims, some documents were produced, and Plaintiff has reviewed those in part. Discussion held regarding summary data produced by Defendant and why plaintiffs believe that data is insufficient. Parties shall meet and confer regarding Plaintiff's requests for membership data, JSON files, and detailed supplemental interrogatory responses, which as explained by plaintiffs' counsel is intended to inform ESI discovery (i.e. identify additional custodians). Status hearing set for 10/10/24 at 2:00 p.m. Joint status report due by noon on 10/9/24 setting forth where the parties are regarding Plaintiff's requests for membership data, JSON files, and detailed supplemental interrogatory responses; a proposed briefing schedule (no reply) on any motion to compel, if necessary; status of any other issues (i.e., paid claims). Parties may appear in person or dial in using the Court's conference call–in number. The conference call–in number is 1–855–244–8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.