IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW HAVRILLA, CYNTHIA DAWSON, ALDEN HENRIKSEN, MELODY DESCHEPPER, CHRISTOPHER TILTON, and MARK HACKETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTENE CORPORATION; CENTENE MANAGEMENT COMPANY LLC; and CELTIC INSURANCE COMPANY,<br><br>Defendants. | Case No. 22 C 4126<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge M. David Weisman |

**JOINT STATUS REPORT OF THE PARTIES**

Plaintiffs and Defendants respectfully submit this Joint Status Report pursuant to the Court's minute entry of November 25, 2025 (Dkt. No. 133), in which the Court ordered the parties to file a status report "setting forth the status of the email issue, a proposed case schedule, and the status of the member issue as discussed in open court," and also to "include a list of issues to discuss with the Court."

**I.     Provider Communications**

Since the last status conference on November 25, 2024, the parties have determined that the e-discovery cost of producing the additional nine Illinois provider communications email boxes is significantly less than previously thought. As a result, Defendants have agreed to produce the non-privileged responsive materials from these email boxes.

The issue of the provider communications for the remaining 25 relevant states is still pending, and the parties will continue to meet and confer to attempt to reach an agreement regarding those communications.

## II. Case Schedule

The parties are jointly proposing an amended case schedule, which is submitted as Attachment A to this report.

## III. Productions of Member Data and Paid-and-Pending Claims Data

Defendants have agreed to complete the production of member data and paid- and pending-claims data by January 31, 2025. *See* Attach. A, Parties' Proposed Am. Case Schedule.

## IV. Custodial Discovery

Regarding custodial discovery, Defendants agree that the additional custodians proposed by Plaintiffs are likely to contain relevant documents. Defendants are, however, concerned about the potential burden of production.

To that end, Plaintiffs will be providing Defendants with proposed custodial search terms by January 17, 2025. Running the search terms on the additional custodians will give the parties a better understanding of the burden of production.

The parties have agreed that, by February 7, 2025, they will either reach agreement on additional custodians and search terms, or move to compel if they are unable to reach agreement. *See* Attach. A, Parties' Proposed Am. Case Schedule.

Dated: January 14, 2025	/s/ *Justin N. Boley*

Kenneth A. Wexler
Justin N. Boley
Zoran Tasić
WEXLER BOLEY & ELGERSMA LLP

311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Tel: (312) 346-2222
Fax: (312) 346-0022
kaw@wbe-llp.com
jnb@wbe-llp.com
zt@wbe-llp.com

Daniel E. Gustafson
  (*pro hac vice* forthcoming)
Daniel C. Hedlund
  (*pro hac vice*)
Michelle J. Looby
  (*pro hac vice*)
Anthony J. Stauber
  (*pro hac vice*)
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
tstauber@gustafsongluek.com

Beth E. Terrell
  (*pro hac vice*)
Jennifer Rust Murray
  (*pro hac vice*)
Amanda M. Steiner
  (*pro hac vice*)
TERRELL MARSHALL LAW GROUP
936 North 34th Street, Suite 300
Seattle, Washington 98103
Tel: (206) 816-6603
Fax: (206) 319-5450
bterrell@terrellmarshall.com
jmurray@terrellmarshall.com
asteiner@terrellmarshall.com

Seth R. Lesser
  (*pro hac vice* forthcoming)
Sarah Sears
  (*pro hac vice* forthcoming)
KLAFTER LESSER LLP

– 4 –

Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200
seth@klafterlesser.com
sarah.sears@klafterlesser.com

Adam J. Zapala
  (*pro hac vice*)
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com


/s/ *Steven M. Cady*
Steven M. Cady
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: 202-434-5321
scady@wc.com

*Attorney for Defendants*