# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Matthew Havrilla, et al.

Plaintiff,

v.                                                                Case No.: 1:22–cv–04126
                                                                 Honorable Jorge L. Alonso

Centene Corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 29, 2026:

MINUTE entry before the Honorable M. David Weisman: Because the joint status report [183] states that the issues in plaintiffs' motion to compel [176], the Court strikes the motion as moot. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.