# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Matthew Havrilla, et al.

                              Plaintiff,

v.                                                    Case No.: 1:22–cv–04126
                                                      Honorable Jorge L. Alonso

Centene Corporation, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 2, 2026:

        MINUTE entry before the Honorable Jorge L. Alonso: The Court is in receipt of Defendants' motion for partial judgment on the pleadings. At this stage of the case, which has been pending for over three years and is still in discovery, the Court finds that resolving this motion would delay trial, and the motion is thus untimely under Federal Rule of Civil Procedure 12(c). Accordingly, the Court denies the motion [197] [198] without prejudice to Defendants raising these arguments at summary judgment. Plaintiff's motion [200] concerning response deadlines is denied as moot. 3/3/26 motion hearings are stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.